IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 09-mc-00047-KLM

IN RE: $3,704.00 IN UNITED STATES CURRENCY

_____

**ORDER**
_____

This matter is before the Court on Claimant Cory Mitchell's **Motion Requesting the Court to Enforce a Settlement or to Grant a Withdrawl [sic] from the Settlement and Allow Claiment [sic] to Re-Assert His Claim** [Docket No. 5; February 17, 2010] (the "Motion"). Claimant requests that the Court enforce a settlement agreement pursuant to which he alleges that the United States agreed to return to him $1,852.00 of the $3,704.00 in subject currency. Initially, the United States failed to respond to the Motion, and the Court issued an Order to Show Cause why the funds should not be returned to Claimant [Docket No. 6]. The United States has now responded and satisfied the Order to Show Cause [Docket No. 7]. Specifically, the United States provided proof that the settlement funds were deposited in the Claimant's inmate prison account one week after the filing of the Motion [Docket No. 7-3]. *See Response* [#7] at 2. Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.

IT IS FURTHER **ORDERED** that the Order to Show Cause is **DISCHARGED**.

Dated: June 14, 2010

BY THE COURT:<br>
s/ Kristen L. Mix<br>
U.S. Magistrate Judge<br>
Kristen L. Mix

1